IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: October 21, 2009

_____
RANDOLPH J. HAINES
U.S. Bankruptcy Judge
_____



**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-23861/0151416724

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Corey R. Hunter<br>       Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>       Movant,<br>   vs.<br><br>Corey R. Hunter, Debtor, Maureen Gaughan, Trustee.<br><br>       Respondents. | No. 0:09-bk-22420-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #8) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 12, 2006 and recorded in the office of the Mohave County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Corey R. Hunter has an interest in, further described as:

> Lot 28, Block II, of TRACT 2166, LAKE HAVASU CITY, ARIZONA, according to the plat thereof recorded February 8, 1966, at Fee No. 1871, in the office of the County Recorder of Mohave County, Arizona.
>
> EXCEPT fissionable source materials, as reserved to the Santa Fe Pacific Railroad Company, a corporation, in Deed recorded in Book 77 of Deeds, Page 342.
> EXCEPTING THEREFROM all underground water in, under or flowing through said land and water rights appurtenant hereto.
>
> EXCEPT all oil, gas, coal and minerals already found or to be found in or under said land.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT